UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | Case No. 1:21-cv-04365-PKC |
| Petitioner, | |
| -v- | **NOTICE OF PETITION TO CONFIRM INTERIM AND FINAL ARBITRATION AWARDS** |
| TIG INSURANCE COMPANY, | |
| Respondent. | |

**PLEASE TAKE NOTICE** that, upon the annexed Petition to Confirm Interim and Final Arbitration Awards, dated May 10, 2021, the exhibits attached thereto, and the accompanying Memorandum of Law in Support of Petition to Confirm Interim and Final Arbitration Awards, Petitioner National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), by and through its undersigned attorneys, will petition this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be set by the Court, pursuant to Section 9 of the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.* for an Order (i) confirming the interim award issued by the arbitration panel on October 16, 2020 in an arbitration proceeding between Petitioner National Union and Respondent TIG Insurance Company that finally resolved certain of the claims at issue in the arbitration (the "Interim Award"); (ii) confirming the final award issued by the arbitration panel on February 11, 2021 in the arbitration proceeding between National Union and TIG Insurance Company (the "Final Award"); (iii) directing that an Order and Judgment be entered in favor of National Union on the Interim and Final Awards; and (iv) granting such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that failure to timely appear and defend may

result in a judgment of default against Respondent for relief demanded by National Union.

Dated: May 10, 2021
New York, New York

SIMPSON THACHER & BARTLETT LLP

By: _____

Bryce L. Friedman
Sarah E. Phillips
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Email:  bfriedman@stblaw.com
   sarah.phillips@stblaw.com

*Attorneys for Petitioner National Union Fire*
*Insurance Co. of Pittsburgh, PA*