# EXHIBIT B



**Judith A. Harnadek**
Vice President
267.765.6246 – tele
jharnadek@resolutemgmt.com

1617 JFK Blvd – Suite 1160
Philadelphia, PA 19103

May 1, 2019

Via E-Mail

William Bouvier
TIG

RE: **ARBITRATION NOTICE –**

    **Cedent: National Union Fire Insurance Company of Pittsburgh, PA ("National Union")**

    **Reinsurer: Skandia/Clearwater/TIG ("TIG")**

    **Excess Variable Quota Share/First Casualty Surplus – AIG Ty 8097, 9870**
                                 **12/1/80 -4/1/83**

    *Kaiser Aluminum, Kentile Floors, Brand Insulation, Christy Firebrick, Parker Hannafin*

Dear Bill:

By this letter, National Union hereby demands and initiates arbitration against TIG pursuant to the relevant treaty arbitration provisions. AIG seeks to recover current outstanding and expected future asbestos-related billings submitted to the captioned treaty for the noted accounts: Kaiser Aluminum, Kentile Floors, Brand Insulation, Parker Hannafin, Christy Firebrick. AIG will request the panel of arbitrators to order immediate payment of any outstanding and future billed amounts for the noted accounts, interest, and other further relief that may be requested or deemed appropriate.

We reserve the right to modify this arbitration demand and/or the relief requested.

TIG is requested and required to name its arbitrator within thirty days of this notice. Consistent with the arbitration provisions, AIG will seek an expeditious resolution of this matter.

Sincerely,

*Judy Harnadek*
Judith A. Harnadek

cc: W. Sneed, Esq., Sidley
     R. Pagan, AON