UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

    Petitioner,

-v-

TIG INSURANCE COMPANY,

    Respondent.

Case No. 21 cv 04365 (PKC)

[PROPOSED] PKC
ORDER AND JUDGMENT

Petitioner National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), having petitioned this Court pursuant to Section 9 of the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, for an Order (i) confirming the interim award issued by the arbitration panel on October 16, 2020 in an arbitration proceeding between Petitioner National Union and Respondent TIG Insurance Company that finally resolved certain of the claims at issue in the arbitration (the "Interim Award"); (ii) confirming the final award issued by the arbitration panel on February 11, 2021 in the arbitration proceeding between National Union and TIG Insurance Company (the "Final Award"); (iii) directing that an Order and Judgment be entered in favor of National Union on the Interim and Final Awards; and (iv) granting such other and further relief as the Court may deem just and proper; and the Petitioner having duly come to be heard before this Court; and upon this Court's due consideration of the Petition to Confirm Interim and Final Arbitration Awards, dated May 10, 2021, the exhibits attached thereto and the accompanying Petitioner's Memorandum of Law in Support of Petition to Confirm Interim and Final Arbitration Awards, dated May 10, 2021, it is hereby:

PKC [and without opposition from TIG Insurance Co. (letter of May 21, 2021)]

**ORDERED** that the Interim Award and the Final Award, which incorporates the Panel Order Regarding Certain Protocol Terms Applicable to the Excess Casualty Variable Quota Share Reinsurance Agreement, are confirmed, and it is further

**ORDERED**, that an Order and Judgment is entered on the terms set forth in the Interim and Final Awards.

Dated: May 26, 2021    SO ORDERED: _____
United States District Court Judge